Kathryn Tassinari, OSB# 80115
Mark A. Manning
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

FILED'09 JAN 06 17:07USDC-ORP

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

PHILIP J. HINDS,

        Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

        Defendant.

Civil No. CV 07-6112-MO

ORDER FOR PAYMENT OF ATTORNEY
FEES AND LEGAL ASSISTANT FEES
PURSUANT TO EAJA

    After considering the stipulated Motion for entry of an order awarding plaintiff's attorney fees in the amount of $3,074.05 and legal assistant fees in the amount of $1,899.00, submitted by the parties herein, plaintiff's Motion for payment of fees is hereby granted as full settlement of any and all claims for attorney and legal assistant fees under EAJA.

    Attorney and legal assistant fees in the sum of $4,973.05 are awarded to plaintiff, payable to plaintiff's attorney, Kathryn Tassinari of Harder, Wells, Baron & Manning, P.C. There are no other costs or expenses to be paid herein.

    IT IS SO ORDERED on this 6th day of Jan, 2009.

                                      /s/ signature
                                    U.S. District Judge

PRESENTED BY:

By: _s/ Kathryn Tassinari_____
    Kathryn Tassinari, OSB #80115
    Harder, Wells, Baron & Manning, P.C.
    Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES & LEGAL ASSISTANT FEES
PURSUANT TO EAJA